FILED
MAY 29 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>    v.<br><br>ALEJANDRO MEJIA-HERNANDEZ,<br><br>          Defendant. | Criminal Case No. 08CR 1742-W<br><br>I N F O R M A T I O N<br><br>Title 8, U.S.C., Sec. 1326(a) – Deported Alien Found in the United States (Felony) |

The United States Attorney charges:

On or about April 29, 2008, within the Southern District of California, defendant ALEJANDRO MEJIA-HERNANDEZ, an alien, who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission to the United States; in violation of Title 8, United States Code, Section 1326(a).

DATED: May 29, 2008

KAREN P. HEWITT
United States Attorney

CALEB E. MASON
Assistant U.S. Attorney

CEM:lg:San Diego
5/16/08