AO 455(Rev. 5/85) Waiver of Indictment

**FILED**
MAY 29 2008

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
| v. | |
| ALEJANDRO MEJIA-HERNANDEZ | CASE NUMBER: 08CR 1742-W |

I, ALEJANDRO MEJIA-HERNANDEZ, the above named defendant, who is accused of the committing the following offense:

Title 8, U.S.C., Sec. 1326(a) - Deported Alien Found in the United States (Felony)

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on MAY 29, 2008 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

X Alejandro Mejia H.
Defendant

Counsel for Defendant

Before _____
JUDICIAL OFFICER