1  GERARD J. WASSON
   CALIFORNIA BAR NO 166636
2  406 Ninth Avenue, Suite 311
   San Diego, California  92101
3  Telephone: (619) 232-0181

4  Attorney for Alejandro Mejia-Hernandez

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE THOMAS J. WHELAN)

| UNITED STATES OF AMERICA, | ) | Case No. 08CR1742-W |
|---|---|---|
| Plaintiff, | ) | Date: June 23, 2008 |
| | ) | Time: 9:00 a.m. |
| v. | ) | |
| | ) | MOTION FOR ORDER SHORTENING |
| ALEJANDRO MEJIA-HERNANDEZ, | ) | TIME TO FILE DEFENDANT'S |
| | ) | SENTENCING MEMORANDUM |
| Defendant. | ) | |
| | ) | |

TO:   KAREN P. HEWITT, UNITED STATES ATTORNEY,
      CALEB E. MASON, ASSISTANT UNITED STATES ATTORNEY

   The defendant, Alejandro Mejia-Hernandez, by and through counsel, Gerard J. Wasson, hereby moves this Court for an order shortening time to file <u>DEFENDANT'S SENTENCING MEMORANDUM</u> on Thursday, June 19, 2008.  Government Counsel has been provided courtesy copies of this pleading.

DATED: <u>June 19, 2008</u>          /s/ Gerard J. Wasson
                                    GERARD J. WASSON, ESQ.
                                    Attorney for Alejandro Mejia-Hernandez

08CR1742-W

GERARD J. WASSON
Attorney at Law
California Bar No. 166636
406 Ninth Avenue, Suite 311
San Diego, California 92101
Telephone: (619) 232-0181

Attorney for Defendant Alejandro Mejia-Hernandez

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,            ) | Crim. No. 08CR1742-W |
|        Plaintiff,            ) | |
| v.            ) | |
|            ) | CERTIFICATE OF SERVICE |
| ALEJANDRO MEJIA-HERNANDEZ,            ) | |
|        Defendant.            ) | |

IT IS HEREBY CERTIFIED THAT:

I, GERARD J. WASSON, am a citizen of the United States and am at least eighteen years of age. My business address is 406 Ninth Avenue, Suite 311, San Diego, California, 92101.

I am not a party to the above-entitled action. I have caused service of the Defendant Alejandro Mejia-Hernandez' Motion for Order Shortening Time to File his Sentencing Memorandum on the following parties by electronically filing the foregoing with the clerk of the District Court using its ECF System, which electronically notifies them.

    Assistant United States Attorney  caleb.mason@usdoj.gov

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 19, 2008.

                                 /s/   Gerard J. Wasson
                                 GERARD J. WASSON, ESQ.